| | |
|---|---|
| 1 | THOMAS P. O'BRIEN<br>United States Attorney |
| 2 | LEON W. WEIDMAN |
| 3 | Assistant United States Attorney<br>Chief, Civil Division |
| 4 | TIM L. LASKE (Cal. Bar No. 223395)<br>Assistant U.S. Attorney |

JS - 6

Room 7516 Federal Building
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-0805
Facsimile: (213) 894-7819
Email: Tim.Laske@usdoj.gov

Attorney for Defendant United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| GEORGE CALLAWAY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. ED CV 08-00068 SGL (OPx)<br><br>**ORDER RE: STIPULATION FOR COMPROMISE SETTLEMENT AND FOR ORDER DISMISSING ACTION**<br><br>Hon. Stephen G. Larson |

Pursuant to the Stipulation for Compromise Settlement executed by and between plaintiff Janice Callaway and defendant the United States of America on January 26, 2009, and the Stipulation for Comprise Settlement executed by and between plaintiff George Callaway and defendant the United States of America on April 13, 2009, filed concurrently herewith,

IT IS HEREBY ORDERED that:

1.      Unites States District Court, Central District of California, Case No. ED CV 08-00068 SGL (OPx) shall be dismissed with prejudice in its entirety by plaintiffs George Callaway and Janice Callaway against defendant the United States of America;

2.    Each party shall bear their own costs of suit and fees, including but not limited to attorneys' fees; and

3.    The Court shall retain jurisdiction over this case pending performance of the terms of the settlement executed by and between George Callaway and the United States of America.

DATED: April 15, 2009

_____
STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE

**APPROVED AS TO FORM AND CONTENT**


Plaintiff George Callaway


<u>SEE ATTACHED SIGNATURE PAGE</u>
GEORGE CALLAWAY


Law Offices of Larry H. Parker


<u>SEE ATTACHED SIGNATURE PAGE</u>
JEFFREY BILLINGS
Attorneys for George Callaway


THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

/s/_____
TIM L. LASKE
Assistant U.S. Attorney
Attorneys for Defendant the United States of America